**Donald DESAUTELS**

v.

**Maurice D. PEPIN.**

No. 81–535.

Supreme Court of Rhode Island.

June 4, 1982.

Stone, Clifton & Clifton, Edward C. Clifton, Providence, for plaintiff.

Roberts, Carroll, Feldstein & Tucker, Martin K. Donovan, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

---

**Michael J. FEROLA**

v.

**John MORAN, et al.**

No. 82–112.

Supreme Court of Rhode Island.

June 4, 1982.

Michael J. Ferola, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.